**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:16-cv-60127-MOORE/McAliley**

Avionica, Inc.,

Plaintiff,

vs

Teledyne Technologies, Inc.,

Defendant.
_______________________________________/

**DEFENDANT TELEDYNE TECHNOLOGIES, INC.'S MOTION FOR BRIAN P. O'DONOGHUE, ESQUIRE AND MICHAEL T. PIEJA, ESQUIRE TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brian P. O'Donoghue, Esquire and Michael T. Pieja, Esquire of the law firm of Goldman Ismail Tomaselli Brennan & Baum LLP, 564 W. Randolph Street, Suite 400, Chicago, Illinois 60661, (312) 881-5980, for purposes of appearance as co-counsel on behalf of Defendant Teledyne Technologies, Inc., in the above-styled case only, and pursuant to Section 2B of the CM/ECF Administrative Procedures, to permit Brian P. O'Donoghue, Esquire and Michael T. Pieja, Esquire to receive electronic filings in this case, and in support thereof states as follows:

1. Brian P. O'Donoghue, Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of Illinois; U.S. Courts of Appeals for the Federal Circuit, the Second Circuit and the Ninth Circuit; and U.S. District Court for the Northern District of Illinois.

2. Michael T. Pieja, Esquire is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of New York and California; U.S. Court of Appeals for the Ninth Circuit; and U.S. District Courts for the Northern District of California and the Central District of California.

3. Movant, Ury Fischer, Esquire, of the law firm of Lott & Fischer, PL, 355 Alhambra Circle, Suite 1100, Coral Gables, Florida, 33134, (305) 448-7089, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

4. In accordance with the Local Rules of this Court, movant has made payment of this Court's $75 admission fee for each individual requesting admission. Certifications in accordance with Special Rules Rule 4(b) for Brian P. O'Donoghue and Michael T. Pieja are attached hereto.

5. Brian P. O'Donoghue, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian P. O'Donoghue, Esquire, at the following e-mail address: bodonoghue@goldmanismail.com.

6. Michael T. Pieja, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of

Electronic Filings to Michael T. Pieja, Esquire, at the following e-mail address: mpieja@goldmanismail.com.

7. WHEREFORE, Ury Fischer, Esquire, moves this Court to enter an Order permitting Brian P. O'Donoghue, Esquire and Michael T. Pieja, Esquire to appear before this Court on behalf of Defendant Teledyne Technologies, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brian P. O'Donoghue, Esquire and Michael T. Pieja, Esquire.

*[signature on following page]*

Date: February 16, 2016

Respectfully submitted,

**LOTT & FISCHER, PL**

**s/ Ury Fischer**
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

and

Brian P. O'Donoghue*
E-mail: bodonoghue@goldmanismail.com
Michael T. Pieja*
E-mail: mpieja@goldmanismail.com
Goldman Ismail Tomaselli Brennan & Baum LLP
564 W. Randolph Street, Suite 400
Chicago, IL 60661
Telephone: (312) 881-5980
Facsimile: (312) 881-5979

**To be admitted Pro Hac Vice*

***Attorneys for Defendant Teledyne Technologies, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Ury Fischer
Ury Fischer

## SERVICE LIST

***Avionica, Inc. v. Teledyne Technologies, Inc.***
United States District Court, Southern District of Florida
Case No. 0:16-cv-60127-KMM/CMM

Service via CM/ECF generated Notices of Electronic Filing:

Barry L. Haley
E-mail: blh@mhdpatents.com
Geoffrey Lottenberg
E-mail: gl@mhdpatents.com
**Malin Haley DiMaggio & Bowen, P.A.**
1936 South Andrews Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 763-3303
Facsimile: (954) 522-6507

***Attorneys for Plaintiff***