**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

C.A. No. 0:16-cv-60127-MOORE/MCALILEY

| | |
|---|---|
| AVIONICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TELEDYNE CONTROLS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PARTIES' JOINT MOTION TO STAY ALL DEADLINES PENDING EXECUTION OF SETTLEMENT AGREEMENT**

Plaintiff Avionica, Inc., Defendant Teledyne Controls, LLC, and Counter-Defendant Archeion Holdings, LLC, (collectively, "the Parties") jointly move the Court for an Order staying all deadlines in this case for a period of sixty (60) days to permit the parties to finalize and execute their agreement fully settling and disposing of the claims and counterclaims pending in this matter. On November 16, 2016, during mediation, the Parties reached agreement on the terms and conditions of a settlement that would fully dispose of all claims and counterclaims in this case. The Parties' agreement was reflected in a signed memorandum of understanding, which commits the parties to preparing and executing a final Settlement Agreement by December 16, 2016.

The Parties believe that no substantive obstacles remain to effectuating a full settlement and dismissal. However, due to the nature of the agreement, the Parties require a period of time to finalize the language of the Settlement Agreement, execute the Settlement Agreement, and make certain payments that are a predicate to dismissal. Under the Court's schedule, Teledyne is

due to serve an expert report Friday, November 18, and the parties are due to serve dispositive motions and motions *in limine* on December 5. In addition, Teledyne has filed two outstanding motions that are fully briefed. To conserve Court and party resources while the Parties execute their settlement, the parties respectfully request that the Court stay all deadlines in this case for a period of sixty (60) days. The parties fully expect that they will file a joint motion to dismiss all claims in the case by the expiration of that period. If, for any reason, the parties are unable to file that motion, they will file a joint status report by the end of the 60-day period advising the Court of the status of the matter.

To effectuate their agreed-upon settlement, the Parties respectfully request that the Court grant the Parties' joint motion to stay all deadlines in this case for 60 days.

Date: November 17, 2016

Respectfully submitted,

**MALIN HALEY DIMAGGIO & BOWEN, P.A.**

**s/ Barry L. Haley**
Barry L. Haley
Florida Bar No. 123,351
E-mail: blh@mhdpatents.com
1936 South Andrews Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 763-3303
Facsimile: (954) 522-6507
E-mail: blh@mhdpatents.com

***Attorneys for Avionica, Inc. and Archeion Holdings, LLC***

**LOTT & FISCHER, PL**

**s/ Ury Fischer**
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

and

Brian P. O'Donoghue*
E-mail: bodonoghue@goldmanismail.com
Michael T. Pieja*
E-mail: mpieja@goldmanismail.com
**Goldman Ismail Tomaselli Brennan & Baum LLP**
564 W. Randolph Street, Suite 400
Chicago, IL 60661
Telephone: (312) 881-5980
Facsimile: (312) 881-5979

**Admitted Pro Hac Vice*

***Attorneys for Teledyne Controls, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

**s/ Ury Fischer**
Ury Fischer

## SERVICE LIST

***Avionica, Inc. v. Teledyne Controls, LLC***
United States District Court, Southern District of Florida
Case No. 0:16-cv-60127-KMM/CMM

Service via CM/ECF generated Notices of Electronic Filing:

Barry L. Haley
**Malin Haley DiMaggio & Bowen, P.A.**
1936 South Andrews Avenue
Ft. Lauderdale, FL 33316
Telephone: (954) 763-3303
Facsimile: (954) 522-6507
E-mail: blh@mhdpatents.com

James G. Keys, III
**The Keys Law Firm, PLLC**
3350 SW 148 Avenue, Suite 110
Miramar, FL 33027
Telephone: (954) 519-2041
Facsimile: (954) 519-2042
E-mail: jkeys@keyslawfirm.com

Michael C. Cesarano
**Michael C. Cesarano, PA**
2665 South Bayshore Drive, Suite 220
Coconut Grove, FL 33133
Telephone: (305) 778-5155
E-mail: mccesarano@yahoo.com

***Attorneys for Plaintiff***