**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

C.A. No. 0:16-cv-60127-MOORE/MCALILEY

| | |
|---|---|
| AVIONICA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TELEDYNE CONTROLS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY ALL DEADLINES PENDING EXECUTION OF SETTLEMENT AGREEMENT**

THIS MATTER having come before the Court on the motion of Plaintiff Avionica, Inc., Defendant Teledyne Controls, LLC, and Counter-Defendant Archeion Holdings, LLC, (collectively, "the Parties") to Stay all Deadlines Pending Execution of Settlement Agreement, and after due consideration, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. All deadlines in this case are hereby STAYED for a period of sixty (60) days from the date of this Order. The Parties shall file a joint motion disposing of all claims in this case by the end of that period or, if for any reason such a motion is not filed, the Parties shall file a joint status report advising the Court of the status of the matter.

DONE AND ORDERED in chambers, Miami, Florida, this ___ day of November, 2016.

________________________________
K. MICHAEL MOORE
United States District Judge

cc: All counsel via CM/ECF